

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Barbara Ann Dominey, Individually, and as Trustee of the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, the Dominey 2012 Irrevocable Trust f/b/o Elena Marquarita Dominey Langston, Teresa Eddinger, and Allison Allen, co-trustees of the Dominey Insurance Trust of 1993, and Estate of Samuel Dominey Jr., | § § § § § | No. 08-21-00187-CV<br><br>Appeal from the<br><br>278th District Court<br><br>of Walker County, Texas<br><br>(TC# 2130121) |
| Appellants, | § | |
| v. | § | |
| Elena Marquarita Dominey Langston, Florence Olivia Dominey Campbell, and Matthew David Dominey, Beneficiaries of the Dominey 2012 Irrevocable Trust, the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, and the Dominey Insurance Trusts of 1993, | § § § § | |
| Appellees. | § | |
| | § | |

**O R D E R**

The parties have filed a joint motion to abate this appeal based on settlement. The Court finds good cause to grant this abatement. Therefore, we ORDER this appeal to be abated until September 2, 2022. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are

1

unsuccessful in resolving the appeal by agreement, the appeal will be reinstated and the Appellants' brief will be due 20 days from the date of the reinstatement order.

IT IS SO ORDERED this 3rd day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.